FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br>v.<br><br>Jeuri LIMON Elenes, et al.<br><br>DEFENDANT(S). | Initial Indictment: 17CR00203<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment<br>______<br>Case number<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is 22.

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days. The current estimate is 15-18 trial days.

☐ **Superseding Indictment**

Upon careful review of the ______ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is ______. The previous number of defendants was ______.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days. The current estimate is ______ trial days. The previous estimate was ______ trial days.

April 7, 2017
Date

[signature]
Assistant United States Attorney