SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
A. CARLEY PALMER (Cal. Bar No. 307303)
Assistant United States Attorney
OCDETF Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0282
Facsimile: (213) 894-0142
Email: carley.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEURI LIMON ELENES, et al.,<br>Defendants. | No. CR 17-00203-DSF<br><br>NOTICE OF APPEARANCE |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's office for the Central District of California, hereby provides notice that Assistant United States Attorney Carley Palmer will be appearing as counsel for the government in this case. AUSA Palmer's contact information is provided in the caption above.

//

//

//

//

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that AUSA Palmer is associated with this case and receives all e-mails relating to filings in this case.

Dated: July 12, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/

A. CARLEY PALMER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America