SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SCOTT M. LARA (Cal. Bar No. 296944)
Assistant United States Attorney
General Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0427
Facsimile: (213) 894-0141
E-mail: scott.lara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEURI LIMON ELENES, et al.,<br><br>Defendants. | No. CR 17-00203-DSF<br><br>NOTICE OF APPEARANCE |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's office for the Central District of California, hereby provides notice that Assistant United States Attorney Scott M. Lara will be appearing as counsel for the government in this case. AUSA Lara's contact information is provided in the caption above.

///

///

///

Please make all necessary changes to the Court's Case Management/Electronic Case Filing System to ensure that AUSA Lara is associated with this case and receives all e-mails relating to filings in this case.

Dated: August 18, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/

SCOTT M. LARA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA